```
 1  Daniel H. Willick, Esq. (SBN:58643)
    Law Offices of Daniel H. Willick                    JS-6
 2  1875 Century Park East, Ste 1600
    Los Angeles, California 90067
 3  Tel: 310-551-8172 Fax: 310-286-0487
    Email: dwillick@sbcglobal.net
 4
 5  Attorney for Plaintiff
 6
 7
                    UNITED STATES DISTRICT COURT
 8
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
 9
                           WESTERN DIVISION
10
11  SCOTT FARRIS,                )  Case No.  CV-07-04004 GW (RCx)
                                 )
12          Plaintiff,            )  [Hon. George H. Wu]
                                 )
13      vs.                      )  JUDGMENT
                                 )
14  JED BARON, an individual; JAG )  Date: August 28, 2008
    PRODUCTIONS, INC. a Nevada    )  Time: 8:30 a.m.
15  corporation; HIGH SOCIETY     )  Place: Courtroom "10"
    PICTURES, L.L.C., a Nevada L.L.C.; )
16  and DOES 1-100, inclusive     )
                                 )
17          Defendants.           )
                                 )
18  ─────────────────────────────
19
20      Plaintiff's Motion For Entry Of Order Enforcing Settlement And For
21  Attorney's Fees And Costs was heard on August 28, 2008 and good cause appearing
22  therefore,
23      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment
24  be entered in favor of plaintiff Scott Farris against defendants Jed Baron, JAG
25  Productions, Inc. and High Society Pictures, L.L.C., and each of them, jointly and
26  / / /
27
28
```

severally, in the amount of $50,000.00 plus attorneys' fees in the amount of $3,526.10 and costs pursuant to proof.

Dated:  August 28, 2008

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE